*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Enrique Zuniga-Moreno | Case No.   25-cv-02149 |
| Plaintiff | |
| | |
| VS. | Judge |
| Brian Acuna, et al. | Magistrate Judge |
| Defendant | |

## ORDER

IT IS ORDERED that Chelsea Sparkman be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Enrique Zuniga-Moreno in the above described action.

SO ORDERED on this, the   5th   day of     January          , 2026    .


_____
U.S. Magistrate Judge