# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **ENRIQUE ZUNIGA-MORENO** | **CASE NO.  1:25-CV-02149 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## <u>JUDGMENT</u>

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this 16th day of June, 2026.

_____

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**